# Court of Appeals
# of the State of Georgia

ATLANTA,  January 24, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0253.   KENRODRIC GRISSOM v. POWERTECH AMERICA, INC. et al.**

Applicant Kenrodric Grissom has filed a motion to withdraw this application for discretionary review. The motion is hereby GRANTED, and the application is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
*C l e r k ' s      O f f i c e ,*
*Atlanta,  01/24/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*